

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00441-CV

| | | |
|---|---|---|
| Clark W. Brazil, M.D. | § | From the Probate Court |
| v. | § | of Denton County (PR-2009-00220-01) |
| Mayrita J. Roberts Hillman as Guardian of the Estate of Jennie M. Stokes, an Incapacitated Person | § | September 25, 2014 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's "Order Denying Defendant's, Clark W. Brazil M.D., Motion to Dismiss and for Award of Fees and Expenses" is reversed; that we render a judgment dismissing the claims of Mayrita J. Roberts Hillman as Guardian of the Estate of Jennie M. Stokes, an Incapacitated Person, against Clark W. Brazil, M.D.; and that we remand this case to the trial court for a determination and award of reasonable attorneys' fees and costs to Clark W. Brazil, M.D.

It is further ordered that Appellee Mayrita J. Roberts Hillman as Guardian of the Estate of Jennie M. Stokes, an Incapacitated Person, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
     Justice Bill Meier